IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Samuel Wright Jr.
Plaintiff

-vs-

Cleveland Police Department
C.P.D
Sean Gorman #2021
Defendant(s)
City of Cleveland

Case No. 1:19 CV 1323

JUDGE BOYKO

MAG. JUDGE RUIZ
COMPLAINT

C ATTACH

FILED 2019 JUN -7 PM 3:27
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

On June 7, 2017 while I was walking on Euclid ave., P.O. Sean Gorman #2021 push me from behind on my back. Further, when I asked him why he pushed me he told me to keep it moving.

Thereafter, ~~yes~~ we had a verbal back and forth where P.O. Gorman then choked me and gave me a false citation. He didn't show up in court. My civil rights were violated This all on camera.

Samuel Whigte Jr.
June 7, 2019

This is all on the camera